Our ref  USA039.930801

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/1/2020
```

# Kennedys

570 Lexington Avenue
8th Floor
New York, NY 10022
USA

t +1 212.252.0004
f +1 212.832.4920

kennedyslaw.com

t +1 646.625.4016
max.gershweir@kennedyslaw.com

July 1, 2020

**VIA ECF**

Honorable Katherine Polk Failla, U.S. District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re:   US Specialty Insurance Co. v. Wesco Ins. Co. v. Colony Ins. Co.
      S.D.N.Y. Docket No.: 1:19-cv-4260-KPF
      Wesco Ins. Co. v. Colony Ins. Co.
      S.D.NY. Docket No. 1:19-cv-3295--KPF
      Our File No.: LF 127.0567015

Dear Judge Failla:

We represent defendant/third-party plaintiff/plaintiff Wesco Insurance Company in this matter.

Per the court-ordered deadline, Wesco timely filed its summary judgment motion on May 27, 2020. In its recently filed opposition papers, third-party defendant/defendant Colony Insurance Company accurately brought to our attention that we failed to file with our moving papers a 56.1 Statement. In fact, although we had timely prepared the Statement (copy attached), we inadvertently failed to include it with the other motion papers. We thus respectfully request that the Court grant Wesco leave to file the Statement and allow Colony ample time to respond.

We apologize for the inconvenience.

Respectfully yours,


   /s/ Max W. Gershweir
**Max Gershweir**
Partner
for Kennedys

Encl.

---

**Granted. SO ORDERED.**

Date: July 1, 2020
New York, New York

/s/ Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge