**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
U.S. SPECIALTY INSURANCE COMPANY,

                 Plaintiff,                 19 **CIVIL** 4260 (MKV)

     -against-

WESCO INSURANCE COMPANY,

                 Defendant.
-----------------------------------------------------------X
WESCO INSURANCE COMPANY,

                 Third-Party Plaintiff,        19 **CIVIL** 4260 (MKV)

     -against-

COLONY INSURANCE COMPANY,

                 Third-Party Defendant.
-----------------------------------------------------------X
WESCO INSURANCE COMPANY,

                 Plaintiff,

                                                    19 **CIVIL** 3295 (MKV)
     -against-                                                 **JUDGMENT**

COLONY INSURANCE COMPANY,

                 Defendant.
-----------------------------------------------------------X

        It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 29, 2021, the motions for summary judgment of both USSIC [ECF #45] and Wesco [ECF #44] are GRANTED; accordingly, cases 19-cv-4260 and 19-cv-3295 are closed.

**Dated:**  New York, New York
           March 29, 2021

                                                                 **RUBY J. KRAJICK**
                                                                   **Clerk of Court**
                                                   **BY:**  _K. Mango_
                                                                  **Deputy Clerk**