UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2021

WESCO INSURANCE COMPANY,

        Plaintiff,

-against-

COLONY INSURANCE COMPANY,

        Defendant.

1:19-cv-03295 (MKV)

US SPECIALTY INSURANCE COMPANY,

        Plaintiff,

-against-

WESCO INSURANCE COMPANY,

        Defendants,

-and-

COLONY INSURANCE COMPANY

        Third-Party Defendant

1:19-cv-4260 (MKV)

## ORDER

MARY KAY VYSKOCIL, United States District Judge:

The parties must submit a joint status letter on or before October 15, 2021 regarding any outstanding matters in these cases, whether the parties have finalized their anticipated settlement, and whether these actions may be closed

**SO ORDERED.**

**Date:  October 7, 2021**
      **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**